AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Joseph Cattani | ) Case: 1:23-mj-243 |
| | ) Assigned To: Magistrate Judge Zia M. Faruqui |
| | ) Date: 9/6/2023 |
| | ) Description: Complaint with Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*       **Joseph Cattani**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) and (a)(2) - Entering and Remaining in a Restricted Building or Grounds ; 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building.

Date: 09/06/2023

Zia M. Faruqui
2023.09.06 13:26:33 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/6/2023, and the person was arrested on *(date)* 9/7/2023
at *(city and state)* ST. FRANCIS, WISCONSIN

Date: 9/7/2023

SA /s/ [signature]
*Arresting officer's signature*

Jeffrey Bolo Special Agent
*Printed name and title*