IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSEPH CATTANI,<br><br>　　　　Defendant. | No. 1:23-mj-243-ZMF<br><br>**DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL INTERNATIONALLY** |

COMES NOW, Defendant Joseph Cattani, through counsel, to move for Court permission to travel to Mexico from October 5-12, 2024. In support, counsel states:

1.  On September 6, 2023, Mr. Cattani was arrested on a complaint alleging the crimes of Assaulting, Resisting, or Impeding Certain Officers, 18 U.S.C. § 111(a)(1); Civil Disorder, 18 U.S.C. § 231(a)(3); Entering and Remaining in a Restricted Building or Grounds, 18 U.S.C. §§ 1752(a)(1) and (a)(2); Disorderly Conduct in a Capitol Building, 40 U.S.C. § 5104(e)(2)(D); and Parading, Picketing, and Demonstrating in a Capitol Building, 40 U.S.C. § 5104(e)(2)(G). (Docs. 1, 5.)

2.  Mr. Cattani has no criminal history, is a lifelong resident of Wisconsin, is gainfully employed, and has no international ties. (*See generally* Doc. 6.)

3.  The Court released Mr. Cattani on conditions, including a requirement that "[a]ll travel outside the Continental United States must be approved by the Court." (Doc. 7, p. 2.)

4.  In nearly one year of supervising Mr. Cattani, the Probation Office has not filed notice of any alleged violations.

1

5.     Mr. Cattani seeks permission to travel to Mexico from October 5-12, 2024, to attend a Full Immersion, All Inclusive, Premier Tensegrity Workshop Event & Tour—the details of which are available at https://www.castaneda.com/journey-to-the-abyss.  Mr. Cattani is registered for the event, which is very important to him.

6.     Mr. Cattani does not have a passport.  (Doc. 6, p. 3.)  Upon the grant of this motion, he would apply for a passport.  After returning from Mexico, he would surrender the passport to the Probation Office.

7.     Based on Mr. Cattani's lack of any criminal history, pretrial release violations, or international ties, denying Mr. Cattani's request to travel to Mexico for a one-week event is unnecessary to assure his appearance in Court or the safety of the community or any person.  *See* 18 U.S.C. § 3142(g).  He has no desire or ability whatsoever to abscond from the country to avoid prosecution.  He simply wants to attend an event that is important to him.

8.     The government resists this motion.

WHEREFORE, Mr. Cattani asks the Court to grant him permission to travel to Mexico from October 5-12, 2024.

Respectfully submitted,

*/s/ Brad Hansen*
FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL:  brad_hansen@fd.org
ATTORNEY FOR DEFENDANT

2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 28, 2024, I electronically filed this document with the Clerk of Court using the ECF system, which will provide notice to all assigned attorneys.

      */s/ BRH*