UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-mj-00243 (ZMF) |
| : | |
| JOSEPH CATTANI, : | |
| : | |
| Defendant. : | |

GOVERNMENT'S OPPOSITION TO
DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

The United States, through undersigned counsel, hereby files this opposition to defendant's request to modify his bond conditions to allow him to attend what appears to be a recreational tour in Mexico. ECF 26 at 2; *see also* https://www.castaneda.com/journey-to-the-abyss (describing the "Journey to the Abyss: Embracing Death as Your Advisor" program).

Defendant Joseph Cattani is charged with multiple serious offenses related to his conduct on January 6, 2021, including Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1), and Civil Disorder, in violation of 18 U.S.C. § 231(a)(3). The current conditions in place—which prohibit international travel and the defendant's ability to acquire or maintain a passport—are the least restrictive necessary to reasonably assure the safety of the community and his appearance as required.

Therefore, the Court should deny defendant's request for non-essential international travel.

                          MATTHEW M. GRAVES
                          UNITED STATES ATTORNEY
                          D.C. Bar No. 481 052

By:     s/ *Sarah W. Rocha*
           SARAH W. ROCHA
           Trial Attorney
           D.C. Bar No. 977497
           601 D Street, NW
           Washington, DC 20579
           Telephone:  202-330-1735
           sarah.wilsonrocha@usdoj.gov